No. 02–5551.  GARCIA v. TEXAS.  Ct. Crim. App. Tex.  Certiorari denied.

No. 02–5552.  MCCARRIN v. UNITED STATES.  C. A. 3d Cir.  Certiorari denied.

No. 02–5802.  WHITNEY v. BEARD, SECRETARY, PENNSYLVANIA DEPARTMENT OF CORRECTIONS, ET AL.  C. A. 3d Cir.  Certiorari denied.

No. 02–6247.  RIEMERS v. PETERS-RIEMERS.  Sup. Ct. N. D.  Certiorari denied.

No. 02–6628.  RODRIGUEZ-RODRIGUEZ v. UNITED STATES.  C. A. 1st Cir.  Certiorari denied.

No. 02–6782.  ANDERSON v. UNITED STATES.  C. A. 11th Cir.  Certiorari denied.

No. 02–6839.  GULLEDGE v. UNITED STATES.  C. A. 11th Cir.  Certiorari denied.

No. 02–7117.  FERGUSON v. UNITED STATES.  C. A. 5th Cir.  Certiorari denied.

No. 02–7157.  VAUGHN v. COCKRELL, DIRECTOR, TEXAS DEPARTMENT OF CRIMINAL JUSTICE, INSTITUTIONAL DIVISION.  C. A. 5th Cir.  Certiorari denied.

No. 02–7198.  WILLOUGHBY ET AL. v. UNITED STATES.  C. A. 4th Cir.  Certiorari denied.

No. 02–7203.  MILLER v. UNITED STATES.  C. A. 8th Cir.  Certiorari denied.

No. 02–7346.  LAMBROS v. UNITED STATES.  C. A. 8th Cir.  Certiorari denied.

No. 02–7352.  STANDARD v. SOUTH CAROLINA.  Sup. Ct. S. C.  Certiorari denied.

No. 02–7380.  COBB v. TEXAS.  Ct. Crim. App. Tex.  Certiorari denied.